**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Cleamon ANDERSON, Defendant—
Appellant.**

No. 05-7601.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 23, 2006.

Decided: March 3, 2006.

Cleamon Anderson, Appellant Pro Se.
Laura P. Tayman, Assistant United States
Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and
KING, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Cleamon Anderson seeks to appeal the
district court's orders denying relief on his
motion filed under 28 U.S.C. § 2255 (2000)
and his motion for reconsideration. An
appeal may not be taken from the final
order in a § 2255 proceeding unless a cir-
cuit justice or judge issues a certificate of
appealability. 28 U.S.C. § 2253(c)(1)
(2000). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2000). A prisoner sat-
isfies this standard by demonstrating that
reasonable jurists would find that the dis-

trict court's assessment of his constitution-
al claims is debatable and that any disposi-
tive procedural rulings by the district
court are also debatable or wrong. *See
Miller-El v. Cockrell,* 537 U.S. 322, 336,
123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that Anderson has not
made the requisite showing. Accordingly,
we deny Anderson's motion for a certifi-
cate of appealability and dismiss the ap-
peal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED*